MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
Business: (702) 385-9777
Facsimile: (702) 385-3001
mace@macelaw.com
**Attorney for Defendant**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*** 

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CR-0283-RCJ-RJJ |
| ) | |
| Plaintiff, ) | **MOTION FOR REMOVAL FROM THE** |
| ) | **CM/ECF SYSTEM SERVICE LIST AND** |
| ) | **ORDER GRANTING MOTION** |
| ) | |
| vs. ) | |
| WARD et al., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW, Mace J. Yampolsky, Esq. attorney for Jacorey Taylor., and files this Motion for Removal from the CM/ECF System List (the "Motion") in the above-entitled matter.

The basis of this Motion is that Jacorey Taylor., is no longer listed as a party to this action in the Plaintiffs' most recent Amended Complaint and is therefore no longer a Defendant or party herein.

////

////

////

////

1

MACE J. YAMPOLSKY, LTD
625 SOUTH SIXTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-9777

DATED this 11 day of October, 2011.

MACE J. YAMPOLSKY, LTD.

_Moce Y_

MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, NV 89101
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED:  DEC. 08, 2011

United States Magistrate Judge

MACE J. YAMPOLSKY, LTD
625 SOUTH SIXTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-9777