**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 001332
330 South Third Street
Suite #860
Las Vegas, Nevada 89101
(702) 382-9221
Attorney for Defendant
**JACOREY TAYLOR**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>JACOREY TAYLOR,<br><br>         Defendant. | Case No.  CR-08-00283-RCJ-RJJ |

**MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM
SERVICE LIST AND ORDER GRANTING MOTION**

**COMES NOW, THOMAS F. PITARO, ESQ.**, attorney for **JACOREY TAYLOR**, and files this Motion for Removal from the CM/ECF System List (the "Motion") in the above-entitled matter.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

The basis of this Motion is that counsel for defendant has completed the representation of **JACOREY TAYLOR's** case and this case is no longer a death-penalty case and Mr. Taylor has appointed new counsel.

**DATED** this 31st day of May, 2012.

/S/ Thomas F. Pitaro
**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 001332
330 South Third Street
Suite #860
Las Vegas, Nevada 89101
Attorney for Defendant
**JACOREY TAYLOR**

## ORDER

**IT IS SO ORDERED.**

**DATED** this 2D day of jULY, 2012.

~~UNITED STATES DISTRICT JUDGE~~
U.S. MAGISTRATE JUDGE

- 2 -