# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jacorey Taylor,<br><br>   Petitioner,<br><br>vs.<br><br>United States,<br><br>   Respondent. | 2:08-cr-00283-RCJ-PAL<br>2:19-cv-00369-RCJ<br><br>**ORDER** |

Petitioner moves this Court under 28 U.S.C. § 2255 for a second time arguing that his conviction and sentence are invalid. The Court may entertain a second Section 2255 motion only if the petitioner first acquires certification from the Ninth Circuit. 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 2255(h); *United States v. Reyes,* 358 F.3d 1095, 1097 (9th Cir.2004) ("A second or successive motion is allowed under 28 U.S.C. § 2255, subject to certification pursuant to 28 U.S.C. § 2244[.]"). Here, Petitioner has not acquired such certification. Thus, the Court lacks jurisdiction and dismisses the motion.

**Conclusion**

IT IS HEREBY ORDERED that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 1192) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: This 7th day of October, 2019.

                 _____
                 ROBERT C. JONES
                 United States District Judge