# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-00283-APG-MDC |
| Plaintiff | **Order Setting Hearing on Pending Motions** |
| v. | [ECF Nos. 1319, 1320] |
| JACOREY TAYLOR, | |
| Defendant | |

I appointed Angela Dows to represent Jacorey Taylor in connection with his motion for a sentence reduction. ECF No. 1317.  Mr. Taylor now moves to represent himself, and Ms. Dows moves to withdraw as his counsel. ECF Nos. 1319, 1320.  I will conduct a video hearing on these motions on **Wednesday August 13, 2025 at 1:30 p.m. PDT**.  I will enter a separate order for the Bureau of Prisons to arrange for Mr. Taylor to appear for the video hearing.

I ORDER Ms. Dows to send to both Mr. Taylor and the Warden of USP Beaumont copies of (1) this order and (2) the order for the Bureau of Prisons to produce Mr. Taylor for the hearing.

Dated:  July 14, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE