# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-00283-APG-MDC |
|---|---|
| Plaintiff | **Order to Produce for Videoconference Inmate Jacorey Taylor (05263-748)** |
| v. | |
| JACOREY TAYLOR, | |
| Defendant | |

TO: WARDEN or EXECUTIVE DIRECTOR of the Bureau of Prison's Facility, UNITED STATES PENITENTIARY BEAUMONT.

    Jacorey Taylor is in the custody of the Bureau of Prisons located at USP Beaumont. I have scheduled a video hearing on two motions in his case.

    I HEREBY RESPECTFULLY ORDER the Warden of USP Beaumont or his designee to arrange for and produce Jacorey Taylor 05263-748 on **Wednesday August 13, 2025 at 1:30 p.m. PDT.**

    I FURTHER RESPECTFULLY ORDER a representative of USP Beaumont, to contact my Courtroom Administrator at melissa_johansen@nvd.uscourts.gov no later than July 31, 2025 to facilitate this hearing.

    I FURTHER ORDER Angela Dows, counsel for Mr. Taylor, to send copies of this order to Mr. Taylor and the Warden of USP Beaumont.

    Dated: July 14, 2025.

                                          ANDREW P. GORDON
                                          CHIEF UNITED STATES DISTRICT JUDGE