**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-00283-APG-MDC |
| Plaintiff | **Order Striking Motion to Vacate Sentence** |
| v. | [ECF Nos. 1332] |
| JACOREY TAYLOR, | |
| Defendant | |

Jacorey Taylor filed a pro se motion to vacate his sentence under 28 U.S.C. § 2255. ECF No. 1332.  Taylor is currently represented by Angela Dows in this case.  Under Local Rule IA 11-6(a), "a party who has appeared by attorney cannot while so represented appear or act in the case.  This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."  Thus, Taylor's motion is a rogue motion that must be stricken.

I THEREFORE ORDER that Taylor's motion **(ECF No. 1332) is stricken** from the court docket.

Dated:  May 4, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE